UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION


ROBERT OPSITNICK, JR., and ANNA M.      )
OPSITNICK,                              )
                        Plaintiffs,     )
                                        )        **JUDGMENT**
        v.                              )        **CASE NO.  5:14-CV-405-BO**
                                        )
ROBERT G.  RAY, ATTORNEY AT LAW,        )
a/k/a Attorney Robert G. Ray, Rose, Ray,)
O'Connor, Manning & McCauley, P.A., Attorneys )
at law,                                 )
                        Defendants.     )


**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion to Dismiss [DE 11] is GRANTED and this matter is dismissed in its entirety.  This case is now closed.


**This Judgment was filed and entered on January 23, 2015, and copies were sent to:**
Robert Opsitnick (63 Whittlesey Avenue, Chicopee, MA, 01020)
Anna Opsitnick (63 Whittlesey Avenue, Chicopee, MA, 01020)
Walter Brock (electronically via CM/ECF)
Andrew Flynt (electronically via CM/ECF)


DATE                                    JULIE A. RICHARDS, CLERK
January 23, 2015                        /s/ Macy B. Fisher
                                        (By) Macy B. Fisher, Deputy Clerk